Walter Ezydorski, Appellee, v. Edward Krozka, Appellant.

Gen. No. 47,504. ▮▮▮▮▮▮

First District, Second Division.

April 21, 1959.

Released for publication May 13, 1959.

Arthur V. Zelezinski and Robert P. Brandenburg (D. Varraveto, Jr., of counsel) for defendant-appellant; Wachowski & Wachowski (Casimir R. Wachowski, of counsel) for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.